IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WEST FORK PARTNERS, LP, a Texas Limited Partnership, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| CHESAPEAKE EXPLORATION , L.L.C. f/k/a CHESAPEAKE EXPLORATION LIMITED PARTNERSHIP, TEXAS MIDSTREAM GAS SERVICES, L.L.C., DALE RESOURCES, LLC, WEST FORK PIPELINE COMPANY I, L.P., CHESAPEAKE ENERGY MARKETING, INC., and ENTERPRISE TEXAS PIPELINE, LLC, | § § § § § § § § § § § | CIVIL ACTION NO. 3-09-CV-0370-D |
| Defendants. | § | |

## **WEST FORK PARTNERS, LP'S CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Local Rule CV-81.2, West Fork Partners, LP ("West Fork") files this Certificate of Interested Persons as follows:

**1.     Parties:**

| | |
|---|---|
| West Fork Partners, LP ("West Fork") | Plaintiff |
| Chesapeake Exploration, L.L.C. f/k/a Chesapeake Exploration Limited Partnership ("Chesapeake") | Defendant |
| Texas Midstream Gas Services, L.L.C. ("Texas Midstream") | Defendant |
| Dale Resources, L.L.C. ("Dale Resources") | Defendant |
| West Fork Pipeline Company I, L.P. ("West Fork Pipeline") | Defendant |
| Chesapeake Energy Marketing, Inc. ("CEMI") | Defendant |
| Enterprise Texas Pipeline, L.L.C. ("Enterprise") | Defendant |

**2.     Attorneys:**

| | |
|---|---|
| Patrick F. McManemin<br>Michael B. Tristan<br>Patton Boggs, LLP<br>2001 Ross Avenue, Suite 3000<br>Dallas, Texas 75201<br>(214) 758-1500<br>(214) 758-1550 – fax | Counsel for West Fork |
| Bart A. Rue<br>Roger Diseker<br>Kelly Hart & Hallman LLP<br>201 Main Street, Suite 2500<br>Fort Worth, Texas 76102<br>(817) 332-2500<br>(817) 878-9280 – fax | Counsel for Chesapeake, Texas Midstream, and CEMI |
| Walker C. Friedman<br>Christian D. Tucker<br>Elizabeth S. Kerr<br>Jack E. Price, Jr.<br>Friedman, Suder & Cooke<br>604 E. 4th Street, Suite 200<br>Fort Worth, Texas 76102<br>(817) 334-0400<br>(817) 334-0401 – fax | Counsel for Dale Resources and West Fork Pipeline |
| David F. Johnson<br>Joseph P. Reagan<br>Winstead PC<br>777 Main Street, Suite 1100<br>Fort Worth, Texas 76102<br>(817) 420-8200<br>(817) 420-8201 – fax | Counsel for Enterprise |

Dated:  March 18, 2009                    Respectfully submitted,

                                        **PATTON BOGGS LLP**

                                        By:  /s/  Patrick F. McManemin
                                               Patrick F. McManemin
                                               State Bar No. 13782400
                                               Michael B. Tristan
                                               State Bar No. 24046995
                                        2001 Ross Avenue
                                        Suite 3000
                                        Dallas, Texas 75201
                                        Telephone:   (214) 758-1500
                                        Facsimile:    (214) 758-1550

                                        **ATTORNEYS FOR PLAINTIFF**
                                        **WEST FORK PARTNERS, LP**

## CERTIFICATE OF SERVICE

     I hereby certify that on March 18, 2009, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

David F. Johnson
Winstead PC
777 Main Street, Suite 1100
Fort Worth, Texas 76102

Walker C. Friedman
Friedman, Suder & Cooke
Tindall Square Warehouse No. 1
604 E. 4th Street, Suite 200
Fort Worth, Texas 76102

Roger C. Diseker
Kelly Hart & Hallman
201 Main Street
Suite 2500
Fort Worth, Texas 76102

                                                /s/  Patrick F. McManemin
                                               Patrick F. McManemin