IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WEST FORK PARTNERS, LP, | § § | |
| v. | § § | CIVIL ACTION NO. 3-09CV0370-D |
| CHESAPEAKE EXPLORATION, L.L.C. f/k/a CHESAPEAKE EXPLORATION LIMITED PARTNERSHIP, TEXAS MIDSTREAM GAS SERVICES, L.L.C., DALE RESOURCES, LLC, WEST FORK PIPELINE COMPANY I, L.P., CHESAPEAKE ENERGY MARKETING, INC., AND ENTERPRISE TEXAS PIPELINE, LLC, | § § § § § § § § § § | |

## SUPPLEMENTAL APPENDIX OF STATE COURT PLEADINGS

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

Pursuant to Local Rule CV-81, Defendants file this Supplemental Appendix of pleadings and other things contained in the file for Cause No. 08-11224, pending in the 95th Judicial District Court of Dallas County, Texas.

1. Certified copy of State Court's Docket Sheet

2. Officer's Return of Citation on Dale Resources

3. Officer's Return of Citation on West Fork Pipeline

4. Appendix in Support of Plaintiff's Second Amended Petition filed 2/18/09

5. Officer's Return of Citation on Chesapeake Energy Marketing, Inc.

6. Officer's Return of Citation on Enterprise Texas Pipeline LLC

7. Order Granting Chesapeake Exploration, L.L.C. f/k/a Chesapeake Exploration Limited Partnership's Second Motion to Compel Answers to Interrogatories

8. Order Denying Plaintiff's Second Motion to Compel

Respectfully submitted,

  /s/ Roger Diseker
Bart A. Rue (*LEAD ATTORNEY*)
Texas Bar No. 17380500
e-mail: bart.rue@khh.com
Roger C. Diseker
Texas Bar Number 00787371
e-mail: roger.diseker@khh.com
**KELLY, HART & HALLMAN, LLP.**
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280

**ATTORNEYS FOR DEFENDANTS CHESAPEAKE EXPLORATION, L.L.C. f/k/a CHESAPEAKE EXPLORATION LIMITED PARTNERSHIP, TEXAS MIDSTREAM GAS SERVICES, L.L.C., AND CHESAPEAKE ENERGY MARKETING, INC.**

## CERTIFICATE OF SERVICE

    This is to certify that *Supplemental Appendix of State Court Pleadings* has been sent this 13ʰ day of April, 2009, via electronic service to the following:

| | |
|---|---|
| Patrick F. McManemin<br>Patton Boggs LLP<br>201 Ross Avenue, Suite 3000<br>Dallas, Texas 75201<br>Attorneys for Plaintiff<br>West Fork Partners, L.P. | Walker Friedman<br>Friedman, Suder, & Cooke<br>604 East 4th Street, Suite 200<br>Fort Worth, Texas 76102<br>Attorneys for Defendants<br>Dale Resources, L.L.C. and West Fork<br>Pipeline Company, L.L.P. |

David Johnson
Winstead, P.C.
777 Main Street, Suite 1100
Fort Worth, Texas 76102
Attorneys For Defendants
Enterprise Texas Pipeline, LLC

                                            /s/ Roger Diseker
                                            Roger C. Diseker